## BRETTA SVANSON V. CITY OF OMAHA.

FILED OCTOBER 16, 1894.   No. 5387.

**Review:** SUFFICIENCY OF EVIDENCE.   This case examined, and *held* that the verdict of the jury was supported by sufficient competent evidence, and the judgment of the district court is affirmed.

REHEARING of case reported in 38 Neb., 550.

*B. G. Burbank* and *J. W. Roudebush,* for plaintiff in error.

*W. J. Connell* and *E. J. Cornish, contra.*

RAGAN, C.

This is a rehearing of *Svanson v. City of Omaha,* 38 Neb., 550, where a sufficient statement of the facts will be found for a proper understanding of the matter in controversy.   There is no question of law involved in the case. The finding of the jury is supported by sufficient competent evidence, and we cannot, therefore, disturb it.   The case as reported in 38 Neb., 550, is overruled and the judgment of the district court is

AFFIRMED.